United States District Court
for the District of Arizona
November 21, 2011
Motion Hearing Minutes

Minute Entry - Civil

Case No.    CV 10-2090-PHX-JAT
Title:      Rocha, et al., v. Diaz et al.,
----------------------------------------------------------------------------------------------------
MINUTE ENTRY before Judge James A. Teilborg.    Court Reporter: David German

Appearances:    Nicholas J. Enoch for plaintiffs.  No one appearing for defendants.

Status Conference held re: bankruptcies of defendants.    Matters discussed.

Plaintiff makes an oral motion to dismiss this lawsuit with prejudice as to all defendants.

 **IT IS ORDERED** granting plaintiff's oral motion and ordering that all defendants Salomon Diaz, Mary Diaz and 4-Seasons Drywall are dismissed with prejudice.

Based on all defendants being dismissed, **IT IS ORDERED** that the case be closed.

                                              Time in Court: 10 minutes


----------------------------------------------------------------------------------------------------

CASE ASSIGNED TO:
        Hon. James A. Teilborg, Judge